# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

Zekeiel Thomas,                                            Civil No. 09-393 (RHK/JSM)

                 Plaintiff,                            **ORDER**

vs.

Bradley J. Rephen, PC. and John Doe,

                 Defendants.

___

Based upon the parties' Stipulation (Doc. No. 7), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: September 15, 2009

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge